**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| UNITED ENVIRONMENTAL GROUP INC. AND STEPHEN W. KLESIC, | : No. 535 WAL 2014<br>:<br>: |
| Petitioners | : Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>: |
| UNDERGROUND STORAGE TANK INDEMNIFICATION BOARD; ICF INTERNATIONAL, INC.; ICF INCORPORATED; JAMES A. MICELI; AND RONALD S. MOORE, | :<br>:<br>:<br>:<br>: |
| Respondents | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2015, the Petition for Leave to Reply to the Answer and the Petition for Allowance of Appeal are **DENIED**.